No. 90–7652. POLANCO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–7659. MASSA *v.* CLARK, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 90–7660. MOYAL *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–7673. TALLEY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7676. RAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7679. STEVE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 90–7689. RAMIREZ-FERNANDEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–7704. NESBIT *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 90–7706. McCATTY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7707. LOPEZ-BAZUA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7710. BEN-MOSHE *v.* MILTON ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–7711. RAMIREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7712. BARNES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7714. ELLIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7724. NOYOLA-VALENCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7725. McDONNELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.